IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEREMY WAYNE EDGAR                                                                    PLAINTIFF

v.                                              3:08CV00068HLJ

DAN LANGSTON, et al.                                                                  DEFENDANTS

ORDER

By Order dated May 2, 2008 (DE #6), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days.  Plaintiff has now submitted an amended complaint (DE #10) . Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate.

With respect to plaintiff's complaint, the Court notes that he has identified some defendants as "Jimmy and Dane...part of the night shift".  Since the identity of these defendants is not known, the Clerk can not issue summons, and the Marshal is unable to serve an unknown person.  After the complaint is filed, plaintiff will be allowed to engage in limited discovery consistent with the Federal Rules of Civil Procedure, if necessary, to try to determine the complete identities of these individuals. Once plaintiff is able to identify defendants by name and address, the Court should be notified so that service can be ordered.   Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Dan Langston, Tim Cavness, Ron Harvey, Aron Gamber, Tim Long, John Anderson, and Jesse Dollars.  The Clerk

of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #1) and amended complaints (DE #10) and summons on defendants without prepayment of fees and costs or security therefore.

    IT IS SO ORDERED this 10th day of June, 2008.

*/s/ Henry L. Jones, Jr.*
United States Magistrate Judge