IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEREMY WAYNE EDGAR                                                                           PLAINTIFF

v.                                          3:08CV00068HLJ

DAN LANGSTON, et al.                                                                         DEFENDANTS

## ORDER

By Order dated May 2, 2008, this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. Summons was issued and service was attempted on defendants on June 10, 2008. At that time, plaintiff identified two defendants as John Does, "Jimmy and Dane...part of the night shift." Plaintiff has now identified to the Court one of these individuals as Jimmy Brooks, an employee of the Greene County Detention Facility (DE #36). Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for defendant Jimmy Brooks. The Clerk of the Court is hereby directed to prepare summons for the defendant, and the United States Marshal is directed to serve a copy of the original and amended complaints (DE ##1, 10) and summons on the defendant at 1809 North Rocking Chair Road, Paragould, AR 72450, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 12th day of August, 2008.

_____
United States Magistrate Judge