IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEREMY WAYNE EDGAR                                                                            PLAINTIFF

v.                                          3:08CV00068HLJ

DAN LANGSTON, et al.                                                                        DEFENDANTS

ORDER

On November 19, 2008, this Court issued a Scheduling Order setting this action for a court trial on January 22, 2009 (DE #57). The copy of the Order which was mailed to plaintiff at his last-known address was returned to Sender on November 25, 2008 (DE #59).

Pursuant to Local Rule 5.5(c)(2), a pro se plaintiff must promptly notify the Clerk of the Court and other parties of any change in his address, and must monitor the progress of the case and prosecute it diligently. Furthermore, the Local Rule provides for the dismissal without prejudice of any action in which communication from the Court to a pro se plaintiff is not responded to within thirty days. Although plaintiff has apparently changed his address, this Order will be sent to his last-known address. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall notify this Court of his current address and his intent to continue prosecution with this action, pro se, within fifteen days of the date of this Order. Failure to comply with this Order shall result in the dismissal without prejudice of plaintiff's complaint.

IT IS SO ORDERED this 10th day of December, 2008.

*Henry L. Jones, Jr.*
United States Magistrate Judge

1