IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEREMY WAYNE EDGAR                                                              PLAINTIFF

VS.                              CASE NO. 3:08CV00068 JLH

DAN LANGSTON, et al.                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED without prejudice.

SO ADJUDGED this 27th day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE